MORTON TRUST CO. v. AMERICAN CAR & FOUNDRY CO.

(Circuit Court of Appeals, Third Circuit. March 15, 1909.)

No. 7.

PATENTS (§ 328*)—INVENTION—BOLSTER FOR RAILWAY CARS.
    The Schoen patent, No. 574,116, for a bolster for railway cars, is void for lack of invention.

    [Ed. Note.—For other cases, see Patents, Dec. Dig. § 328.*]

Appeal from the ·Circuit Court of the United States for the District of New Jersey.

Charles Neave, for appellant.

Paul Bakewell, for appellee.

Before DALLAS, GRAY, and BUFFINGTON, Circuit Judges.

PER CURIAM. In the court below this was a suit by bill in equity which charged the defendant with infringement of patent No. 574,116, dated December 29, 1896, issued to Charles T. Schoen, for a bolster for railway cars. The claim relied upon is as follows:

"2. A box-girderlike bolster, having its body composed of a lower member deepest at its center and tapering thence toward its ends and having its upper longitudinal edges flanged or projected outwardly, and a top member also having its lower edges provided with outward lateral projections or flanges, the flanges of the two members being riveted together, substantially as described."

This is a claim for the bolster itself, and not only did the Rapley patent and the Schoen patent No. 529,809 show bolsters which, as was held below, left nothing for invention to accomplish in devising this one, but it is likewise true that box girders were in common use for other purposes when the patent in suit was applied for, and all that the patentee appears to have done was to make such a girder available for use as a bolster by merely placing it in the obviously suitable position. We think this did not involve invention, and consequently that the court below was right in deciding that there was no patentable novelty in the claim relied upon.

The decree dismissing the bill, with costs, is affirmed.